DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Timothy Graulich
James I. McClammy
Stephen D. Piraino *(pro hac vice* pending)

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **GRUPO AEROMÉXICO, S.A.B. de C.V.,** <br><br> **Debtor.** <br><br> **Tax Id. No. N/A** | **Chapter 11 Case No.** <br><br> **20-11563 (\_\_\_)** |
| **In re:** <br><br> **AEROVÍAS DE MÉXICO, S.A. de C.V,** <br><br> **Debtor.** <br><br> **Tax Id. No. 65-0071171** | **Chapter 11 Case No.** <br><br> **20-11561 (\_\_\_)** |

| | |
|---|---|
| **In re:** <br><br> **AEROLITORAL, S.A. de C.V.,** <br><br> **Debtor.** <br><br> Tax Id. No. 98-0171109 | Chapter 11 Case No. <br><br> 20-11565 (\_\_\_) |
| **In re:** <br><br> **AEROVÍAS EMPRESA DE CARGO, S.A. de C.V.,** <br><br> **Debtor.** <br><br> Tax Id. No. 98-1014098 | Chapter 11 Case No. <br><br> 20-11566 (\_\_\_) |

**DEBTORS' MOTION FOR AN ORDER DIRECTING**
**JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Grupo Aeroméxico, S.A.B. de C.V. ("**Grupo Aeroméxico**") and together with certain of its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**"; the Debtors collectively with their direct and indirect non-Debtor subsidiaries, the "**Company**" or "**Aeroméxico**") hereby move (this "**Motion**") this Court for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Order**"), granting the relief described below. In support thereof, the Debtors refer to the contemporaneously-filed *Declaration of Ricardo Javier Sánchez Baker in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (the "**Sánchez Declaration**") and further represent as follows:

**Jurisdiction and Venue**

1. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b) and, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Debtors consent to entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution. Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. To date, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") has not appointed a statutory committee of creditors in these chapter 11 cases, nor has the Court appointed a trustee or examiner therein.

3. The Debtors and their direct and indirect subsidiaries constitute the largest airline in Mexico and are collectively known as Mexico's "global airline," providing public air carrier services for passengers and goods (including fleet and cargo services) in and outside of Mexico, and services related to such air operations. The Debtors are one of the four founding members of the SkyTeam airline alliance, and their businesses include Aeroméxico, Aeroméxico Connect, Aeroméxico Cargo and Aeroméxico Servicios.

Additional information about the Debtors' businesses and affairs, capital structure and prepetition indebtedness and the events leading up to the Petition Date can be found in the Sánchez Declaration, filed contemporaneously herewith.

**Relief Requested**

4.      By this Motion, the Debtors seek entry of an Order directing joint administration of these cases for procedural purposes only, pursuant to Bankruptcy Rule 1015(b).

5.      Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." The Debtors are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the requested relief by virtue of the fact that Grupo Aeroméxico is the direct or indirect parent of each of the other Debtors.

6.      On the date hereof, the Debtors commenced the four chapter 11 cases referenced above by filing petitions for voluntary relief with this Court. Given the provisions of the Bankruptcy Code and the Debtors' affiliation, joint administration of these cases is warranted. Joint administration will avoid the preparation, replication, service and filing, as applicable, of duplicative notices, applications and orders, thereby saving the Debtors considerable expense and resources. The Debtors' financial affairs and business operations are closely related. Many of the motions, hearings and orders in these chapter 11 cases will affect each Debtor and their respective estates. The rights of creditors will not be adversely affected, as this Motion requests only administrative, and not substantive, consolidation of the estates. Moreover, each creditor can still file its

claim against a particular estate. In fact, all creditors will benefit by the reduced costs that will result from the joint administration of these chapter 11 cases. The Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these chapter 11 cases by the U.S. Trustee will be simplified.

7. Accordingly, the Debtors respectfully request that the caption of their cases be modified to reflect the joint administration of these chapter 11 cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GRUPO AEROMÉXICO, S.A.B. de C.V.,** *et al.***,**<br><br>**Debtors.** | **Chapter 11 Case No.**<br><br>**20-11563  (___)**<br><br>**(Jointly Administered)** |

8. The Debtors also seek the Court's direction that a notation substantially similar to the following be entered on the docket of each of the Debtors' chapter 11 cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Grupo Aeroméxico, S.A.B. de C.V., Aerovias de México, S.A. de C.V, Aerolitoral, S.A. de C.V. and Aerovías Empresa de Cargo, S.A. de C.V. The docket in Case No. 20-11563 (___) should be consulted for all matters affecting this case.

9. Finally, the Debtors seek to file their monthly operating reports required by the Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13), by

consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information (*e.g.*, receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

## Notice

10.    Notice of this Motion will be provided to (a) the U.S. Trustee, (b) each of the Debtors' 30 largest unsecured creditors on a consolidated basis, (c) each of the Debtors' five largest secured creditors on a consolidated basis, (d) the Internal Revenue Service, (e) the United States Attorney's Office for the Southern District of New York, (f) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**"). A copy of this Motion and any order approving it will also be made available on the Debtors' Case Information Website located at https://dm.epiq11.com/aeromexico. In light of the nature of the relief requested in this Motion, the Debtors respectfully submit that no further notice is necessary.

## No Previous Request

11.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order, substantially in the form attached hereto, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated: June 30, 2020
      New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Timothy Graulich*

450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 607-7983
Marshall S. Huebner
Timothy Graulich
James I. McClammy
Stephen D. Piraino *(pro hac vice* pending)
*Proposed Counsel to the Debtors and Debtors in Possession*

**SCHEDULE 1**
(Debtor Entities)

1. Grupo Aeroméxico, S.A.B. de C.V.

2. Aerovías de México, S.A. de C.V.

3. Aerolitoral, S.A. de C.V.

4. Aerovías Empresa de Cargo, S.A. de C.V.

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GRUPO AEROMÉXICO, S.A.B. de C.V.,**<br><br>**Debtor.**<br><br>**Tax Id. No. N/A** | **Chapter 11 Case No.**<br><br>**20-11563 (\_\_\_)** |
| **In re:**<br><br>**AEROVÍAS DE MÉXICO, S.A. de C.V,**<br><br>**Debtor.**<br><br>**Tax Id. No. 65-0071171** | **Chapter 11 Case No.**<br><br>**20-11561 (\_\_\_)** |
| **In re:**<br><br>**AEROLITORAL, S.A. de C.V.,**<br><br>**Debtor.**<br><br>**Tax Id. No. 98-0171109** | **Chapter 11 Case No.**<br><br>**20-11565 (\_\_\_)** |

| | |
|---|---|
| **In re:**<br><br>**AEROVÍAS EMPRESA de CARGO, S.A. de C.V.,**<br><br>**Debtor.**<br><br>Tax Id. No. 98-1014098 | Chapter 11 Case No.<br><br>20-11566 (___) |

**ORDER DIRECTING**
**JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**") pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and held a hearing to consider the relief requested in the Motion on a final basis (the "**Hearing**"); and upon the Sánchez Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion and at

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

2

the Hearing establish just cause for the relief granted herein; and the Court having determined that the relief granted herein is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1. The relief requested in the Motion is hereby granted as set forth herein;

2. Pursuant to Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GRUPO AEROMÉXICO, S.A.B. de C.V.,** *et al.*,<br><br>**Debtors.** | **Chapter 11 Case No.**<br><br>**20-11563 (\_\_\_)**<br><br>**(Jointly Administered)** |

5. The Debtors also seek the Court's direction that a notation substantially similar to the following be entered on the docket of each of the Debtors' chapter 11 cases to reflect the joint administration of these cases:

3

An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Grupo Aeroméxico, S.A.B. de C.V., Aerovias de México, S.A. de C.V, Aerolitoral, S.A. de C.V. and Aerovías Empresa de Cargo, S.A. de C.V. The docket in Case No. 20-11563 (___) should be consulted for all matters affecting this case.

6. The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirement for Debtors in Possession and Trustees, issued by the Executive Office of United States Trustees (rev. 11/27/13), by consolidating the information required for each debtor in one report that tracks and breaks out all of the specific information (*e.g.* receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

7. The contents of the Motion and the notice procedures set forth therein are good and sufficient notice and satisfy the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, and no other or further notice of the Motion or the entry of this Order shall be required.

Dated: New York, New York
      [   ], 2020

 

_____
UNITED STATES BANKRUPTCY JUDGE